**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Ohio
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  FirstEnergy Generation, LLC

2. **All other names debtor used in the last 8 years**  FirstEnergy Generation, Corp.

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  34-1940561

4. **Debtor's address**

   **Principal place of business**
   341 White Pond Drive
   Number  Street

   Akron  OH  44320
   City  State  ZIP Code

   Summit
   County

   **Mailing address, if different from principal place of business**
   Number  Street

   P.O. Box

   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street

   City  State  ZIP Code

5. **Debtor's website** (URL)  https://www.fes.com/

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  FirstEnergy Generation, LLC  Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 2 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY
        District _____  When _____  Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor See Schedule 1._____  Relationship _____
        District _____  When _____
                                                   MM / DD / YYYY
        Case number, if known _____

Debtor  FirstEnergy Generation, LLC          Case number (*if known*)_____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number   Street

_____

_____  _____  _____
City                              State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name   _____
        Phone          _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☑ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☑ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | FirstEnergy Generation, LLC | Case number (if known) |
|---|---|---|
| | Name | |

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☑ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/31/2018
MM / DD / YYYY

X _/s/ Donald A. Moul_
Signature of authorized representative of debtor

Donald A. Moul
Printed name

Title President

### 18. Signature of attorney

X _/s/ MBM_
Signature of attorney for debtor

Date 3/31/2018
MM / DD / YYYY

Marc B. Merklin
Printed name

Brouse McDowell, LPA
Firm name

388 S. Main Street, Suite 500
Number   Street

Akron           OH      44311
City            State   ZIP Code

330-535-5711            mmerklin@brouse.com
Contact phone           Email address

0018195         Ohio
Bar number      State

# SCHEDULE 1

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

As of the date hereof, each of the entities listed below (the "Debtors") filed a petition in this Court for relief under chapter 11 of title 11 of the United States Bankruptcy Code. The Debtors will move for joint administration of these cases under the case number assigned to the chapter 11 case of FirstEnergy Solutions Corp.

1. FirstEnergy Solutions Corp.

2. FE Aircraft Leasing Corp.

3. FirstEnergy Generation, LLC

4. FirstEnergy Generation Mansfield Unit 1 Corp.

5. FirstEnergy Nuclear Generation, LLC

6. FirstEnergy Nuclear Operating Company

7. Norton Energy Storage L.L.C.

# RESOLUTIONS OF
# THE BOARD OF MANAGERS (THE "BOARD") OF
# FIRSTENERGY GENERATION, LLC (THE "COMPANY")

## Dated as of March 31, 2018

### Authorization to Commence Chapter 11 Proceedings; Authorization to Employ and Retain Requisite Professionals

WHEREAS, the Board has reviewed and analyzed the materials presented by the Company's management and the Company's financial, legal, and other advisors and has held numerous, extensive and vigorous discussions (including with management and such advisors) regarding such materials and the liabilities and liquidity situation of the Company, the short- and long-term prospects of the Company, the restructuring and strategic alternatives available to the Company, and the impact of the foregoing on the Company's business and operations and has consulted with management and the Company's financial, legal, and other advisors regarding the above; and

WHEREAS, the Board has determined that it is necessary, advisable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties, and necessary and convenient to the purpose, conduct, promotion, or attainment of the business and affairs of Company, that a petition be filed by the Company seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") and that the Company undertake related actions.

NOW THEREFORE BE IT:

RESOLVED, that the Board, in its best judgment, and after consultation with management and the Company's financial, legal, and other advisors, has determined that it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a voluntary petition for relief under chapter 11 of the Bankruptcy Code be filed and directs that the Company file or cause to be filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code;

RESOLVED FURTHER, that each of the President, any Vice President, the Treasurer, the Chief Financial Officer, and the Corporate Secretary of the Company, each acting alone or together with one or more other officers of the Company that such individuals may designate, be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division at such time as such officers shall determine;

RESOLVED FURTHER, that the "*Authorized Officers*" referenced in these resolutions shall be each of the President, any Vice President, the Chief Restructuring Officer, the Treasurer, the Chief Financial Officer, and the Corporate Secretary of the Company;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and file all pleadings,

schedules, lists, and other papers, and to take any and all actions that each such officer may deem necessary or proper in connection with the foregoing resolutions;

RESOLVED FURTHER, that Charles M. Moore be, and hereby is, appointed and affirmed as Chief Restructuring Officer of the Company, which appointment shall take effect immediately upon the filing of the Company's petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, and shall report to the Board and any applicable officer of the Company as directed by the Board, to hold such office until his successor has been duly appointed and qualified or until his earlier death, resignation, retirement or removal;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage Alvarez & Marsal North America, LLC ("*Alvarez*") as restructuring advisor to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Alvarez;

RESOLVED FURTHER, that in connection with the appointment of the Chief Restructuring Officer and the retention of the services of Alvarez, the Board hereby approves the entering into, execution and delivery of, an amended and restated engagement letter with Alvarez, and the performance by the Company of its obligations thereunder, in such form as any Authorized Officer shall in their sole discretion approve, such approval to be conclusively established by the execution and delivery by such Authorized Officer of such agreement;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage the law firm of Akin Gump Strauss Hauer & Feld LLP ("*Akin Gump*") as general bankruptcy counsel to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests, including filing any pleadings and making any filings with regulatory agencies or other governmental authorities; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Akin Gump;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage Prime Clerk LLC ("*Prime Clerk*") as claims, notice and balloting agent to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the

Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Prime Clerk;

RESOLVED FURTHER, that each Authorized Officer, be, and hereby is authorized and empowered on behalf of, and in the name of, the Company to engage Lazard Ltd. ("*Lazard*") as financial advisor to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests; and, in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Lazard;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage the law firm of Brouse McDowell LPA ("*Brouse*") as local counsel to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests, including filing any pleadings and making any filings with regulatory agencies or other governmental authorities; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Brouse;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage the law firm of Willkie Farr & Gallagher LLP ("*Willkie*") as conflicts counsel to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests, including filing any pleadings and making any filings with regulatory agencies or other governmental authorities; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Willkie;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage the law firm of Hogan Lovells US LLP ("*Hogan*") as nuclear regulatory counsel to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests, including filing any pleadings and making any filings with regulatory agencies or other governmental authorities; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Hogan;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage ICF International, Inc.

("***ICF***") as industry consultants to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of ICF;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("***Quinn***") as special litigation counsel to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests, including filing any pleadings and making any filings with regulatory agencies or other governmental authorities; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Quinn;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage the law firm of Stark & Knoll Co., L.P.A. ("***Stark***") as local conflicts counsel to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests, including filing any pleadings and making any filings with regulatory agencies or other governmental authorities; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Stark;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage KPMG US LLP ("***KPMG***") as tax consultant to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of KPMG;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage Sitrick and Company ("***Sitrick***") as communications consultant to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and interests; and, in connection therewith, each Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the

Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Sitrick;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage any other professionals as deemed necessary or appropriate in their respective sole discretion to assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code, including executing appropriate retention agreements, paying appropriate retainers prior to or after the filing of the Company's chapter 11 case, and filing appropriate applications for authority to retain the services of any other professionals as any Authorized Officer shall in their sole discretion deem necessary or desirable;

RESOLVED FURTHER, that each Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to (i) take or cause to be taken any and all such further actions and to prepare, execute and deliver or cause to be prepared, executed and delivered and, where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such necessary or appropriate instruments and documents, (ii) incur and pay or cause to be paid all fees and expenses associated with or arising out of the actions authorized herein, and (iii) engage such persons as any Authorized Officer shall in their sole discretion deem necessary or desirable to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby, such determination to be conclusively established by the taking or causing of any such further action;

RESOLVED FURTHER, that all lawful actions of any kind taken prior to the date hereof by the Authorized Officers, or any person or persons designated or authorized to act by an Authorized Officer, which acts would have been authorized by the foregoing resolutions, except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as acts of the Company;

RESOLVED FURTHER, that the signature of any Authorized Officer on any document, instrument, certificate, agreement or other writing shall constitute conclusive evidence that such officer deemed such act or thing to be necessary, advisable or appropriate; and

RESOLVED FURTHER, that any Authorized Officer be, and hereby is, authorized and empowered to certify and to furnish such copies of these resolutions as may be necessary and such statements of incumbency of the corporate officers of the Company as may be requested.

\* \* \* \* \* \* \* \* \*

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

Debtor  FirstEnergy Generation, LLC          Case number (*if known*)_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity holders which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| FirstEnergy Solutions Corp.<br>341 White Pond Dr., Building B3<br>Akron, OH 44320 | Membership Interest | 100% | Membership Interest |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> FIRSTENERGY SOLUTIONS CORP., *et al.*, <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 18-_____(___) <br> ) (Request for Joint Administration <br> ) Pending) <br> ) <br> ) Hon. Judge Alan M. Koschik <br> ) |

CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND (3) AND 7007.1

Pursuant to Rules 1007(a)(1) and (3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, FirstEnergy Solutions Corp.; FE Aircraft Leasing Corp.; FirstEnergy Generation, LLC; FirstEnergy Generation Mansfield Unit 1 Corp.; FirstEnergy Nuclear Generation, LLC; FirstEnergy Nuclear Operating Company; and Norton Energy Storage L.L.C. (collectively, the "Debtors"), respectfully represent:

1. 100% of the shares of common stock of FirstEnergy Solutions Corp. are directly owned by FirstEnergy Corp.

2. 100% of the shares of common stock of FE Aircraft Leasing Corp. are directly owned by FirstEnergy Solutions Corp.

3. 100% of the membership interests of FirstEnergy Generation, LLC are directly owned by FirstEnergy Solutions Corp.

4. 100% of the shares of common stock FirstEnergy Generation Mansfield Unit 1 Corp. are directly owned by FirstEnergy Generation, LLC.

5. 100% of the membership interests of FirstEnergy Nuclear Generation, LLC are directly owned by FirstEnergy Solutions Corp.

6. 100% of the shares of common stock of FirstEnergy Nuclear Operating Company are directly owned by FirstEnergy Corp.

7. 100% of the membership interests of Norton Energy Storage L.L.C. are directly owned by FirstEnergy Generation, LLC.

FIRSTENERGY SOLUTIONS CORP., et al.,

## Top Unsecured Creditors

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent (C), unliquidated (U), or disputed (D) | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BNSF Railway Company<br>ATTN: Carl Ice<br>Vice President, Coal<br>2650 Lou Menk Drive<br>Fort Worth , TX 76131 | Carl Ice<br>Email -<br>Phone - (800) 795-2673<br>Fax - (817) 352-7925 | Ongoing litigation | C, U, D | | | Undetermined |
| Norfolk Southern Corporation<br>ATTN: James A. Squires<br>Director Utility Coal – North<br>2001 Market Street<br>29th Floor<br>Philadelphia, PA 19103 | James A. Squires<br>Email - rob.zehringer@nscorp.com<br>Phone -<br>Fax - | Ongoing litigation | C, U, D | | | Undetermined |
| Wilmington Savings Fund Society, FSB<br>ATTN: Patrick J Healy<br>Senior Vice President<br>500 Delaware Avenue<br>Wilmington, DE 19801 | Patrick J Healy<br>Email - phealy@wsfsbank.com<br>Phone - (302) 888-7420<br>Fax - | Claims Related to Sale-Leaseback Transaction | C, U, D | | | $769,200,000.00 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | $500M Sen. Note 6.8% due 8/15/39 ($363.281M Outstanding) | | | | $366,368,888.51 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: David Kovach<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | David Kovach<br>Email -<br>Phone - (216) 622-6512<br>Fax - (216) 621-1441 | $600M Sen. Note 6.05% due 8/15/21 ($332.305M Outstanding) | | | | $334,818,056.56 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 3.75% Series due December 1, 2023 (Put: 12/3/18) | | | | $237,451,500.00 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 5.7% Series due August 3, 2020 | | | | $178,681,500.00 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 3.5% Series due December 1, 2035 (Put: 6/1/20) | | | | $165,877,925.00 |

FIRSTENERGY SOLUTIONS CORP., et al.,

## Top Unsecured Creditors

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent (C), unliquidated (U), or disputed (D) | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 4.0% Series due December 1, 2033 (Put: 6/3/19) | | | | $137,357,333.33 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 2.7% Series due April 1, 2035 (Put: 4/2/18) | | | | $100,235,150.00 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 3.75% Series due July 1, 2033 (Put: 7/1/20) | | | | $100,029,062.50 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 3.0% Series due May 15, 2019 | | | | $91,161,586.67 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 4.0% Series due January 1, 2034 (Put: 7/1/21) | | | | $83,628,000.00 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 4.0% Series due January 1, 2035 (Put: 7/1/21) | | | | $73,376,499.99 |
| BNSF Railway Company<br>ATTN: Carl Ice<br>Vice President, Coal<br>2650 Lou Menk Drive<br>Fort Worth, TX 76131 | Carl Ice<br>Email -<br>Phone - (800) 795-2673<br>Fax - (817) 352-7925 | Settlement of Arbitration | C, U* | | | $72,000,000.00 |
| CSX Transportation, Inc<br>ATTN: Jeff Goutcher<br>Director Utility Coal<br>500 Water St.<br>J842<br>Jacksonville, FL 32202 | Jeff Goutcher<br>Email - Jeff_Goutcher@csx.com<br>Phone - (904) 359-1684<br>Fax - (904) 359-2459 | Settlement of Arbitration | C, U* | | | $72,000,000.00 |

## Top Unsecured Creditors

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent (C), unliquidated (U), or disputed (D) | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Commerzbank AG<br>ATTN: Stephan Engels<br>Chief Financial Officer<br>Kaiserplatz<br>Frankfurt Am Main, Hesse 60261<br>Germany | Stephan Engels<br>Email -<br>Phone - +49 69 136-20<br>Fax - +49 69 136-27910 | Trade Payables | U | | | $59,817,058.80 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 3.50% Series due April 1, 2041 (Put: 6/1/20) | | | | $57,590,500.01 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 3.10% Series due March 1, 2023 (Put: 3/1/19) | | | | $50,129,166.67 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 4.0% Series due June 1, 2033 (Put: 6/3/19) | | | | $47,120,000.00 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 3.75% Series due December 1, 2040 (Put: 7/1/20) | | | | $43,403,125.00 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | $33M PCN 3.95% Series due November 1, 2032 (Put: 5/1/20) | | | | $33,543,125.00 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 3.75% Series due June 1, 2033 (Put: 6/1/20) | | | | $26,325,000.00 |
| The Bank of New York Mellon Trust Company, N.A.<br>ATTN: Earl Hunt<br>Vice President of Global Corporate Trust Services<br>1660 West 2nd Street<br>Suite 830<br>Cleveland, OH 44113 | Earl Hunt<br>Email - earl.hunt@bnymellon.com<br>Phone - (216) 622-6514<br>Fax - (216) 621-1441 | PCN 2.55% Series due November 1, 2041 (Put: 12/3/18) | | | | $26,221,000.00 |

FIRSTENERGY SOLUTIONS CORP., et al.,

## Top Unsecured Creditors

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent (C), unliquidated (U), or disputed (D) | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Bank of New York Mellon Trust Company, N.A. ATTN: Earl Hunt Vice President of Global Corporate Trust Services 1660 West 2nd Street Suite 830 Cleveland, OH 44113 | Earl Hunt Email - earl.hunt@bnymellon.com Phone - (216) 622-6514 Fax - (216) 621-1441 | PCN 3.95% Series due November 1, 2032 (Put: 5/1/20) | | | | $23,378,541.66 |
| The Bank of New York Mellon Trust Company, N.A. ATTN: Earl Hunt Vice President of Global Corporate Trust Services 1660 West 2nd Street Suite 830 Cleveland, OH 44113 | Earl Hunt Email - earl.hunt@bnymellon.com Phone - (216) 622-6514 Fax - (216) 621-1441 | PCN 3.625% Series due December 1, 2033 (Put: 6/1/20) | | | | $15,687,291.67 |
| The Bank of New York Mellon Trust Company, N.A. ATTN: Earl Hunt Vice President of Global Corporate Trust Services 1660 West 2nd Street Suite 830 Cleveland, OH 44113 | Earl Hunt Email - earl.hunt@bnymellon.com Phone - (216) 622-6514 Fax - (216) 621-1441 | PCN 3.625% Series due October 1, 2033 (Put: 4/1/20) | | | | $9,264,937.51 |
| The Bank of New York Mellon Trust Company, N.A. ATTN: Earl Hunt Vice President of Global Corporate Trust Services 1660 West 2nd Street Suite 830 Cleveland, OH 44113 | Earl Hunt Email - earl.hunt@bnymellon.com Phone - (216) 622-6514 Fax - (216) 621-1441 | PCN 3.625% Series due October 1, 2033 (Put: 4/1/20) | | | | $9,264,937.51 |
| The Bank of New York Mellon Trust Company, N.A. ATTN: Earl Hunt Vice President of Global Corporate Trust Services 1660 West 2nd Street Suite 830 Cleveland, OH 44113 | Earl Hunt Email - earl.hunt@bnymellon.com Phone - (216) 622-6514 Fax - (216) 621-1441 | PCN 3.125% Series due July 1, 2033 (Put: 7/2/18) | | | | $8,062,500.01 |
| The Bank of New York Mellon Trust Company, N.A. ATTN: Earl Hunt Vice President of Global Corporate Trust Services 1660 West 2nd Street Suite 830 Cleveland, OH 44113 | Earl Hunt Email - earl.hunt@bnymellon.com Phone - (216) 622-6514 Fax - (216) 621-1441 | PCN 3.125% Series due January 1, 2034 (Put: 7/2/18) | | | | $7,256,250.00 |
| Midcontinent Independent System ATTN: Melissa Brown Chief Financial Officer 720 City Center Drive Carmel, IN 46032-7574 | Melissa Brown Email - Phone - (317) 249-5400 Fax - (317) 249-5910 | Trade Payables | U | | | $4,248,924.88 |
| Areva Incorporated ATTN: Kathy Williams Chief Financial Officer Orano USA 1155 F Street, N.W. Suite 800 Washington, DC 20004 | Kathy Williams Email - katherine.williams@framatome.com Phone - (202) 969-3240 Fax - (434) 382-2851 | Trade Payables | U | | | $3,430,026.87 |

FIRSTENERGY SOLUTIONS CORP., et al.,

## Top Unsecured Creditors

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent (C), unliquidated (U), or disputed (D) | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PKMJ Technical Services Inc<br>ATTN: Mark Gregory<br>General Counsel<br>Rolls-Royce Civil Nuclear, Engineering Services<br>410 Rouser Road<br>Building 1<br>Moon Township, PA 15108 | Mark Gregory<br>Email - Nuclearsolutions@Rolls-Royce.Com<br>Phone - (412) 865-3040<br>Fax - (412) 393-2416 | Trade Payables | U | | | $3,237,487.91 |
| Energysolutions LLC<br>ATTN: Greg S Wood<br>Chief Financial Officer<br>299 South Main Street<br>Suite 1700<br>Salt Lake City, UT 84111 | Greg S Wood<br>Email -<br>Phone - (801) 649-2000<br>Fax - (801) 880-3006 | Trade Payables | U | | | $3,149,052.96 |
| U S Nuclear Regulatory Commission<br>ATTN: Jennifer Dudek<br>Office of the Chief Financial Officer<br>11545 Rockville Pike, Mail Stop T-9E10<br>Rockville, MD 20852 | Jennifer Dudek<br>Email - Jennifer.Dudek@nrc.gov<br>Phone - (301) 415-2257<br>Fax - | Trade Payables | U | | | $3,002,075.96 |
| Manoleras, Mark A.<br>122 Crest Drive<br>Beaver, PA 15009 | Email - manolerasm@firstenergycorp.com<br>Phone - (724) 682-5101<br>Fax - | EDCP Balance | | | | $2,955,992.79 |
| Day & Zimmermann NPS<br>ATTN: Joseph Ritzel<br>Chief Financial Officer<br>1500 Spring Garden Street<br>Philadelphia, PA 19130 | Joseph Ritzel<br>Email - joseph.ritzel@dayzim.com<br>Phone - (215) 299-8000<br>Fax - | Trade Payables | U | | | $2,495,901.02 |
| Westinghouse Electric Corp<br>ATTN: Dan Sumner<br>Chief Financial Officer<br>20 Stanwix Street<br>Pittsburgh, PA 15222 | Dan Sumner<br>Email -<br>Phone - (866) 442-7873<br>Fax - | Trade Payables | U | | | $2,367,618.23 |
| BP Energy Company<br>ATTN: Dr. Brian Gilvary<br>Chief Financial Officer<br>501 Westlake Park Boulevard<br>Houston, TX 77079 | Dr. Brian Gilvary<br>Email -<br>Phone - (281) 366-2000<br>Fax - (281) 366-5027 | Trade Payables | U | | | $2,160,000.00 |
| Ohio Valley Electric Corporation<br>ATTN: Robert A. Osbourne<br>Ohio Valley Electric Corp.<br>3932 U.S. Route 23<br>P.O. Box 468<br>Piketon, OH 45661 | Robert A. Osbourne<br>Email -<br>Phone - (740) 289-7211<br>Fax - (740) 289-7253 | Trade Payables | U | | | $1,968,831.47 |
| Enerfab Power & Industrial Inc<br>ATTN: Aaron Landolt<br>President<br>4955 Spring Grove Ave.<br>Cincinnati, OH 45232 | Aaron Landolt<br>Email -<br>Phone - (513) 641-0500<br>Fax - 513-242-6833 | Trade Payables | U | | | $1,909,952.39 |
| Rinckel, Jeannie M.<br>526 Pilots Ridge Road<br>Wilmington, NC 28412 | Email -<br>Phone - (440) 773-8017<br>Fax - | EDCP Balance | | | | $1,756,360.90 |

FIRSTENERGY SOLUTIONS CORP., et al.,

## Top Unsecured Creditors

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent (C), unliquidated (U), or disputed (D) | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Babcock & Brown Wind Portfolio LLC<br>ATTN: Peter Haskopoulos<br>Chief Financial Officer<br>Riverstone Holdings LLC<br>712 Fifth Avenue<br>36th Floor<br>New York, NY 10019 | Peter Haskopoulos<br>Email -<br>Phone - (212) 993 0076<br>Fax - (212) 993 0077 | Trade Payables | U | | | $1,615,672.71 |
| Westech Engineering Incorporated<br>ATTN: Greg Howell<br>Chief Financial Officer<br>3665 S. West Temple<br>Salt Lake City, UT 84115 | Greg Howell<br>Email - ghowell@westech-inc.com<br>Phone - (801) 265-1000<br>Fax - (801) 265-1080 | Trade Payables | U | | | $1,612,618.00 |
| High Trail Wind Farm LLC<br>ATTN: General Counsel<br>13682N 2900 East Road<br>Ellsworth, IL 61737 | General Counsel<br>Email -<br>Phone - (309) 724-8278<br>Fax - | Trade Payables | U | | | $1,549,937.39 |
| The Atlantic Group<br>ATTN: Dave Spannaus<br>Chief Executive Officer<br>45 W. 45th Street<br>11th Floor<br>New York, NY 10036 | Dave Spannaus<br>Email - dspannaus@atlanticgroupCT.com<br>Phone - (212) 977-6688<br>Fax - (212) 977.6699 | Trade Payables | U | | | $1,508,588.56 |
| General Electric International Inc<br>ATTN: John L. Flannery<br>2 Corporate Drive<br>Suite 150<br>Shelton, CT 06484-6239 | John L. Flannery<br>Email -<br>Phone - (203) 944-3000<br>Fax - | Trade Payables | U | | | $1,491,467.74 |
| NAES Corporation<br>ATTN: Andrew Gay<br>Chief Financial Officer<br>1180 NW Maple St<br>Suite 200<br>Issaquah, WA 98027 | Andrew Gay<br>Email -<br>Phone - (425) 961-4700<br>Fax - (425) 961-4646 | Trade Payables | U | | | $1,400,792.05 |
| Grabnar, John J.<br>7420 White Tail Run Place<br>Concord Township, OH 44077 | Email - jjgrabnar@firstenergycorp.com<br>Phone - (330) 436-1356<br>Fax - | EDCP Balance | | | | $1,368,827.55 |
| Brand Energy Svcs LLC A Div Of Bran<br>ATTN: Jim Walters<br>Chief Financial Officer<br>Brand Energy And Infrastructure<br>1325 Cobb Int. Dr. Ste. A-1<br>Kennesaw, GA 30152 | Jim Walters<br>Email -<br>Phone - (678) 285-1400<br>Fax - (770) 514-0285 | Trade Payables | U | | | $1,126,321.80 |

*The settlement agreement does not allocate the settlement amount between the two parties.

Fill in this information to identify the case and this filing:

Debtor Name  FirstEnergy Generation, LLC
United States Bankruptcy Court for the: Northern District of Ohio
(State)
Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/30/2018
MM / DD / YYYY

X _____[signature]_____
Signature of individual signing on behalf of debtor

Donald A. Moul
Printed name

President
Position or relationship to debtor